**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-7034**

———————

UNITED STATES OF AMERICA,

                 Plaintiff – Appellee,

     v.

ROBERT M. KEENAN,

                 Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, Senior District Judge.  (1:04-cr-00484-AMD-1)

———————

Submitted:  September 26, 2013    Decided:  September 30, 2013

———————

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert M. Keenan, Appellant Pro Se. Peter Jeffrey Martinez, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert M. Keenan appeals the district court's order denying his motion to dismiss the indictment, filed eight years after his conviction became final, as untimely. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Keenan</u>, No. 1:04-cr-00484-AMD-1 (D. Md. May 10, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>